| | |
|---|---|
| **From:** | Danielson, Kevin C. (USAOR) |
| **To:** | ORDml Immergut CRD |
| **Cc:** | smanning@ilgrp.com; stephen@innovationlawlab.org; tess@innovationlawlab.org; jordan@innovationlawlab.org; nelly@innovationlawlab.org; Luse, Susanne (USAOR) |
| **Subject:** | 3:25-cv-01390-IM L-J-P-L v. Wamsley |
| **Date:** | Friday, August 8, 2025 11:19:34 AM |

**CAUTION - EXTERNAL:**

Judge Immergut:

    In response to the show cause order, Petitioner was in Ridgefield, Washington, at 6:03 p.m. on 8/7/2025 and admitted to the Northwest ICE Processing Center in Tacoma at approximately 8:13 p.m. that same day.

Kevin Danielson
Executive Assistant U.S. Attorney
U.S. Attorney's Office – District of Oregon
1000 SW Third Ave. – Suite 600, Portland, OR 97204
503.727.1025 – kevin.c.danielson@usdoj.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.